# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUAN AREVALO MARROQUIN | : | |
| | : | Civil Action No. 1:14-cv-02061 RJL |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| D.B. LEE DEVELOPMENT, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41 hereby dismisses the above-captioned action, with prejudice.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     /s/ *Eduardo S. Garcia*
Eduardo S. Garcia (1028040)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8326 – fax
egarcia@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

5375427_1